| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Jackson, Niles L. | 2. Court or Organization Western District of Oklahoma | 3. Date of Report 04/2/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2014 to 4/10/2015 |
| 7. Chambers or Office Address 215 Dean A. McGee Avenue, Suite 228 Oklahoma City, OK 73102 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014- 15 | "Healthchoice" Dental Insurance Plan - premiums paid monthly. "Healthchoice" Vision Insurance Plan - premiums paid monthly |
| 2. 2014-15 | State Judicial Retirement Program |
| 3. 2014-15 | State Deferred Compensation Investment Plan; no on-going contributions |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/2/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014-15 | State of Oklahoma (retirement income) | $75,553.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/7/14 to 10/11/14 | Chicago, IL | annual meeting | transportation, hotel & meals for filer only |
| 2. | National Conference of Bankruptcy Judges | 4/6/14 to 4/8/14 | Kansas City, MO | mid-year meeting | transportation, hotel & meals for filer only |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/2/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/2/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JEFFERSON PILOT LIFE INSURANCE (cash surrender value) | A | Dividend | J | T | | | | | |
| 2. Trust #1 (H) | | | | | | | | | |
| 3. - Fideilty Adv Growth - Oppor Fund Class A (IRA) (FAGOX) | A | Dividend | K | T | | | | | |
| 4. - Charles Schwabe Co. Cash Account | A | Interest | J | T | | | | | |
| 5. - Americas FD Europacific Growth Fund Class A (AEPGX) | A | Dividend | K | T | | | | | |
| 6. - Federated Total Return Bond (FTRFX) | A | Dividend | K | T | | | | | |
| 7. - Invesco Conv. Securities (CNSAX) | A | Dividend | K | T | | | | | |
| 8. - Invesco American (VAFAX) | A | Dividend | L | T | | | | | |
| 9. - Dodge & Cox Stock Fund (DODGX) | A | Dividend | K | T | | | | | |
| 10. - Pimco Total Return Fund CL D (PTTDX) | A | Dividend | K | T | | | | | |
| 11. - Schwabe Small Cap Index Fund (SWSSX) | A | Dividend | K | T | | | | | |
| 12. - Oakmark Global Fund CL I (OAKGX) | A | Dividend | K | T | | | | | |
| 13. - Vanguard 500 Index Fund Investor Share (VFINX) | A | Dividend | L | T | | | | | |
| 14. - Vanguard Dividend Growth (VDIGX) | A | Dividend | K | T | | | | | |
| 15. - Vanguard Inter. Term Bond Index (VBIIX) | A | Dividend | L | T | | | | | |
| 16. - Vanguard Mid Cap Index (VIMSX) | A | Dividend | K | T | | | | | |
| 17. - Baron Small Cap Fund (BSCFX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/2/2015 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Harbor Intern. Fund (HIINX) | A | Dividend | J | T | | | | | |
| 19.  - Schw US Lcap Gro ETF (SCHG) | A | Dividend | K | T | | | | | |
| 20.  - Pimco Foreign Bond (PFBDX) | A | Dividend | J | T | | | | | |
| 21.  - American FD EuroPacific Growth Fund Class A | A | Dividend | K | T | | | | | |
| 22.  - T. Rowe Price Emerging Markets Stock | A | Dividend | J | T | | | | | |
| 23.  - T. Rowe Price Balanced Fund | A | Dividend | K | T | | | | | |
| 24.  - T. Rowe Price Spectrum Income | A | Dividend | K | T | | | | | |
| 25.  - T. Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 26.  - Columbia Acorn Fund | A | Dividend | K | T | | | | | |
| 27.  - Black Rock S&P 500 Stock Fund | A | Dividend | K | T | | | | | |
| 28.  - Clearbridge Equity Income (IRA) (SOPAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/2/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Reportable assets of Trust #1 are listed in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Niles L. | 04/2/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Niles L. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544